No. 02–814. AGUSTIN v. ENGLAND, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 02–824. ST. HILAIRE v. NEW HAMPSHIRE REAL ESTATE COMMISSION. Sup. Ct. N. H. Certiorari denied.

No. 02–835. KRANTZ v. PRUDENTIAL INVESTMENTS FUND MANAGEMENT LLC ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–866. SOUDAVAR v. FEDERAL AVIATION ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 02–867. SOUDAVAR v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–877. YEAGER v. OHIO CIVIL RIGHTS COMMISSION. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 02–883. SHAWVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–884. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–907. ROSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–908. BERGHOUDIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–913. PORCELLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6039. TONEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–6114. CHARLES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6135. SOLANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.